**Below is the Order of the Court.**



_Mary Jo Heston_
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **WILLIE, Sarah Jane,**<br><br>Debtor.<br>_____<br>**WILLIE, Sarah Jane,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA ACTING THROUGH THE U.S. DEPARTMENT OF EDUCATION,**<br><br>Defendant. | Number 24-41885-MJH<br><br>Adversary Number: 24-04079-MJH<br><br>**EX PARTE CONSENT JUDGMENT DECLARING DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT** |

Plaintiff Sarah Jane Willie and Defendant United States of America, acting through the U.S. Department of Education (DOE) filed an "Ex Parte Joint Motion for Entry of Consent Judgment Declaring Dischargeable Plaintiff's Student Loan Debt" (Joint Motion). For the reasons stated in the parties' Joint Motion, the Court finds that Plaintiff is entitled to a declaration that her prepetition student loan debt held by DOE, specifically, loan numbers 1, 3, 4, 5, and 6 described in the Loan Information attached hereto as Exhibit A (the Debt), is dischargeable under 11 U.S.C. § 523(a)(8).

EX PARTE CONSENT JUDGMENT DECLARING
DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 24-04079-MJH    Doc 14    Filed 08/08/25    Ent. 08/08/25 15:13:53    Pg. 1 of 3

Accordingly, the Court GRANTS the Joint Motion and enters the following Consent Judgment:

1. Repaying the Debt would impose an undue hardship on Plaintiff under 11 U.S.C. § 523(a)(8).

2. The Debt is dischargeable under 11 U.S.C. § 523(a)(8).

3. If Plaintiff completes her Chapter 13 Plan and receives a general discharge under 11 U.S.C. § 1328 in Case No. 24-41885-MJH, the Debt shall be included within such discharge.

4. Plaintiff and DOE shall bear their own costs and attorney fees related to this action.

///END OF ORDER///

Jointly Presented by:

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

and

United States Department of Justice

By: */s/* Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
kyle.forsyth@usdoj.gov

EX PARTE CONSENT JUDGMENT DECLARING
DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 24-04079-MJH    Doc 14    Filed 08/08/25    Ent. 08/08/25 15:13:53    Pg. 2 of 3

Exhibit A

Postpetition loans to survive bankruptcy discharge:

| Loan Num | Loan Holder Name | Loan Date | Loan Amount | Loan Type Description | Loan Status Description | Principal | Interest | RPYMNT DT | DEF | YIR | SCHOOL | STATUS | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | DEPT OF ED/NELNET | 2025-05-07 | 5495 | DIRECT STAFFORD UNSUBSIDIZED | Loan Originated - Post-Petition | $2,748.00 | $21.13 | N/A | | | Ultimate Medical Academy | Enrolled F/T | 9/16/2024 |
| 14 | DEPT OF ED/NELNET | 2025-05-07 | 3500 | DIRECT STAFFORD SUBSIDIZED | Loan Originated - Post-Petition | $1,750.00 | | N/A | | | Ultimate Medical Academy | Enrolled F/T | 9/16/2024 |
| 13 | DEPT OF ED/NELNET | 2025-05-07 | 1000 | DIRECT STAFFORD SUBSIDIZED | Loan Originated - Post-Petition | $500.00 | | N/A | | | Ultimate Medical Academy | Enrolled F/T | 9/16/2024 |
| 12 | DEPT OF ED/NELNET | 2025-01-13 | 2483 | DIRECT STAFFORD UNSUBSIDIZED | Loan Originated - Post-Petition | $2,483.00 | $67.70 | N/A | | | Ultimate Medical Academy | Enrolled F/T | 9/16/2024 |
| 11 | DEPT OF ED/NELNET | 2024-12-03 | 1050 | DIRECT STAFFORD UNSUBSIDIZED | Loan Originated - Post-Petition | $1,050.00 | $32.48 | N/A | | | Ultimate Medical Academy | Enrolled F/T | 9/16/2024 |
| 10 | DEPT OF ED/NELNET | 2024-11-22 | 3500 | DIRECT STAFFORD SUBSIDIZED | Loan Originated - Post-Petition | $3,500.00 | | N/A | | | Ultimate Medical Academy | Enrolled F/T | 9/16/2024 |
| 9 | DEPT OF ED/NELNET | 2024-11-22 | 2467 | DIRECT STAFFORD UNSUBSIDIZED | Loan Originated - Post-Petition | $2,467.00 | $78.73 | N/A | | | Ultimate Medical Academy | Enrolled F/T | 9/16/2024 |
| | | | | | | $14,498.00 | $200.04 | $14,698.04 | | | | | |

Prepetition loans to be discharged:

| Loan Num | Loan Holder Name | Loan Date | Loan Amount | Loan Type Description | Loan Status Description | Principal | Interest | RPYMNT DT | DEF | YIR | SCHOOL | STATUS | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | DEPT OF ED/NELNET | 2020-09-30 | | DIRECT STAFFORD UNSUBSIDIZED | Cancelled | | | N/A | | | N/A | | |
| 7 | DEPT OF ED/NELNET | 2020-09-30 | | DIRECT SULA | Cancelled | | | N/A | | | N/A | | |
| 6 | DEPT OF ED/NELNET | 2017-08-22 | 4514 | DIRECT STAFFORD UNSUBSIDIZED | Bankruptcy, Active | $4,693.30 | $610.55 | 8/21/2018 | 261+ | 6 | Columbus State Community College | WITHDRAWN | 1/13/2020 |
| 5 | DEPT OF ED/NELNET | 2016-08-19 | 6500 | DIRECT STAFFORD UNSUBSIDIZED | Bankruptcy, Active | $6,943.23 | $775.37 | 8/21/2018 | 261+ | 6 | Columbus State Community College | WITHDRAWN | 1/13/2020 |
| 4 | DEPT OF ED/NELNET | 2016-02-29 | 3750 | DIRECT STAFFORD UNSUBSIDIZED | Bankruptcy, Active | $4,144.28 | $520.02 | 8/21/2018 | 261+ | 6 | Columbus State Community College | WITHDRAWN | 1/13/2020 |
| 3 | DEPT OF ED/NELNET | 2015-09-09 | 2750 | DIRECT STAFFORD UNSUBSIDIZED | Bankruptcy, Active | $2,819.36 | $353.78 | 8/21/2018 | 261+ | 6 | Clark State College | WITHDRAWN | 12/11/2015 |
| 2 | DEPT OF ED/ADVANTAGE | 2014-08-16 | 10500 | DIRECT PARENT PLUS - Student | Paid in Full | $6,479.54 | $894.85 | 8/21/2018 | 261+ | | N/A | | |
| 1 | DEPT OF ED/NELNET | 2014-08-16 | 5500 | DIRECT STAFFORD UNSUBSIDIZED | Bankruptcy, Active | | | | | 6 | Kent State University | WITHDRAWN | 5/10/2015 |
| | | | | | | $25,079.71 | $3,154.57 | $28,234.28 | | | | | |